IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SANTIAGO ABREU,

    Plaintiff,

v.

LEE LIMITED, INC. a Michigan corporation doing business as Green Top Tavern,

    Defendant.

Case No.: 1:16−cv−00508

Hon. Janet T. Neff

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT LEE LIMITED, INC.

NOW COME the parties, by and through the undersigned counsel, and hereby stipulate and agree to the dismissal of Plaintiff's Complaint, including all amendments thereto and all claims made therein, against Defendant, Lee Limited, Inc., in its entirety with prejudice and without costs or fees to either party.

This is a final order and closes the case. The court shall retain jurisdiction over this matter to enforce the terms of the settlement agreement as necessary.

**IT IS SO ORDERED.**

Date: August 23, 2016

/s/ Janet T. Neff
Hon. Janet T. Neff
United States District Judge

**IT IS SO STIPULATED:**

Date:  August 22, 2016           */s/    George T. Blackmore*
                                 George T. Blackmore (P76942)
                                 Attorney for Plaintiff


Date:  August 22, 2016           */s/    Kurt P. McCamman*
                                 Kurt P. McCamman (P51477)
                                 Attorney for Defendant

27340212.1\155592-00001